# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 11/19/2024 |
| Case: 24–04164–eg | Form ID: b309c | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Bennettech LLC | 2066 Marlboro Way    Bennettsville, SC 29512 |
| ust | US Trustee's Office | Strom Thurmond Federal Building    1835 Assembly St.    Suite 953    Columbia, SC 29201 |
| tr | Kevin Campbell | PO Box 684    Mount Pleasant, SC 29465 |
| aty | Richard R. Gleissner | Gleissner Law Firm, L.L.C.    1316 Washington Street    Suite 101    Columbia, SC 29201 |
| 544457687 | American Arbitration Association | 18756 Stone Oak Parkway    Suite 200    San Antonio, TX 78258 |
| 544457688 | Bitmain Technologies Georgia Limited | 900 Old Roswell Lakes Parkway    Suite 310    Roswell, GA 30076 |
| 544457689 | Bitmain Technology Georgia Limited | 900 Old Roswell Lakes Parkway    Suite 310    Roswell, GA 30076 |
| 544457690 | City of Bennettsville | 501 E. Main Street    Bennettsville, SC 29512 |
| 544457691 | Data Volt SunSystems, LLC | 6650 Rivers Avenue    Suite 100    Charleston, SC 29403 |
| 544457692 | Jingrui Yu | 215 E BAY ST STE 201K    Charleston, SC 29401 |
| 544457693 | Lixiong Hao | 215 E BAY ST STE 201K    Charleston, SC 29401 |
| 544457694 | M. Dawes Cooke, Jr., Esquire | Barnwell Whaley Patterson & Helms, LLC    P.O. Drawer H    Charleston, SC 29401 |
| 544457699 | MPD Electric Cooperative, Inc. | 1301 E. Pocket Road    Florence, SC 29506 |
| 544457695 | Marlboro Electric Cooperative, Inc. | 676 Highway 9 E    Bennettsville, SC 29512 |
| 544457696 | Matthew G. Lindenbaum, Esquire | Nelson Mullins Riley & Scarborough, LLP    1 Financial Center, Suite 3500    Boston, MA 02111 |
| 544457697 | Michael Weaver | Rogers Townsend    1221 Main Street, 14th Floor    Columbia, SC 29201 |
| 544457698 | Minerset Holding, LLC | Registered Agent Solutions, Inc.    838 Walker Road, Suite 21–2    Dover, DE 19904 |
| 544457700 | Woodlands Edge, Inc. | 5900 Balcones Drive    Suite 100    Austin, TX 78731 |

TOTAL: 18