Lixiong Hao signing on behalf of Debtor, Bennettech, LLC, as the Manager of Aga Capital, LLC as Manager of Bennettech, LLC