UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>BENNETTECH LLC<br><br>DEBTOR | Chapter 7<br><br>Case No. 24-04164-eg |

NOTICE OF APPEARANCE

COME NOW Jason D. Wyman of the law firm Womble Bond Dickinson (US) LLP, and hereby enters his appearance as counsel for Marlboro Electric Cooperative, Inc., and requests copies of all notices, pleadings, and documents filed or served in this proceeding.

All notices, pleadings, and documents not filed electronically should be addressed as follows:

Jason D. Wyman
Womble Bond Dickinson (US) LLP
550 South Main Street, Suite 400
Greenville, SC 29601

1. Matrix/Roster. The undersigned request that an entry be made on the electronic matrix/roster of creditors to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. Receipt of Notices. The undersigned requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether

1

transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

3.  <u>No Express or Implied Acceptance of Service</u>.  This Notice of Appearance does not give express or implied consent by the undersigned or Womble Bond Dickinson (US) LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4.  <u>No Waiver of Rights</u>.  This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Marlboro Electric Cooperative, Inc. of the following:

a.  To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

b.  To trial by jury in any case or proceeding related to this case;

c.  To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

d.  To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Marlboro Electric Cooperative, Inc. is or may be entitled, in law or in equity, all of which are expressly reserved.

WOMBLE BOND DICKINSON (US) LLP

/s/ Jason D. Wyman
Jason D. Wyman (Fed. I.D. 11294)
550 South Main Street, Suite 400
Greenville, South Carolina 29681
T:    (864) 255-5400
December 20, 2024                        E:    jason.wyman@wbd-us.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2024, a copy of the attached was served on the parties listed below via CM/ECF and/or U.S. Mail.

Rick Gleissner, Esq.
Gleissner Law Firm, LLC
1316 Washington Street, Suite 101
Columbia, SC 29201

*Counsel for Debtor*
*Via CM/ECF*

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, South Carolina 29201

*Via CM/ECF*

Bennettech LLC
2066 Marlboro Way
Bennettsville, SC 29512

*Via US Mail Only*

Kevin Campbell
PO Box 684
Mount Pleasant, SC 29465

*Chapter 7 Trustee*
*Via CM/ECF*


/s/ Jason D. Wyman
Jason D. Wyman
Federal I.D. No. 11294