UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

Bennettech LLC,

Chapter 7
Case No. 24-04164-eg

Debtor

**Motion in Support of *Pro Hac Vice* Application**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Peter J. Haley** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02):

    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

/s/ Jody A. Bedenbaugh
Jody A. Bedenbaugh
Federal Bar No. 9210

4866-9438-6398 v.2

Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000
E-Mail: jody.bedenbaugh@nelsonmullins.com

*Local Counsel for Bitmain Technologies Georgia Limited*