UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

Bennettech LLC,

Debtor

Chapter 7
Case No. 24-04164-eg

# APPLICATION/AFFIDAVIT FOR *PRO HAC VICE* ADMISSION

(1) **Name.**  Peter J. Haley

(2) **Residence.** I reside in the following state: Massachusetts
    If a South Carolina resident, indicate months/years of residence: _____

3) **Business Address.** I am an attorney and practice law under the name of or as a member of the following firm:

   Nelson Mullins Riley & Scarborough LLP
   One Financial Center, Suite 3500
   Boston, MA 02111
   Tel: (617) 217-4714
   Email: peter.haley@nelsonmullins.com

(4) **Jurisdiction of this Court.** I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.

(5) **Regular Practice of Law.** I am a member in good standing of the bar of the highest court of the State of Massachusetts where I regularly practice law.

   **Attached is my certificate of good standing.**

(6) **Additional Bar Membership.** I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and

4889-1585-9934 v.3

Page 1 of 5

courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| Massachusetts | 1985 | ■Yes  □No |
| USDC-MA | 1985 | ■Yes  □No |
| First Circuit Court of Appeals | 1985 | ■Yes  □No |
| Second Circuit Court of Appeals | 2021 | ■Yes  □No |
| US Supreme Court | 1997 | ■Yes  □No |
| USDC-E. District of Michigan | 2013 | ■Yes  □No |

(7)  Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □Yes  ■No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided in camera but that fact shall be revealed below.)

_____

_____

(8)  Curtailment of Prior Pro Hac Vice Admissions. Have you ever had any application for admission pro hac vice in this or any other jurisdiction denied or any pro hac vice admission revoked?   □Yes  ■No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)  Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction? □Yes  ■No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)  Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States? □Yes  ■No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)  Present and Previous Pro Hac Vice in this Court. Have you, within the last ten (10) years, filed an application to appear pro hac vice in the United States District Court for the District of South Carolina or another court in the state of South Carolina? ■ Yes   □No

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

United States Bankruptcy Court for the District of South Carolina, In Re Sparc Foundry, LLC, Chapter 7 Case No. 24-02116-EG; 2024; Case Closed; Local Counsel, Jody Bedenbaugh; Application granted.

(12)    Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
jody.bedenbaugh@nelsonmullins.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____

_____

(14)    Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    Electronic Notification. By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties. I seek to represent the following party/parties:

Bitmain Technologies Georgia Limited

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Peter J. Haley

Sworn to and subscribed before me
this 20TH day of December, 2024.

_Lucia A. Maxwell_
A Notary Public
of the State of MA
My Commission expires: 8/5/2027

Revised 3/27/14
4889-1585-9934 v.3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

Bennettech LLC,

Chapter 7
Case No. 24-04164-eg

Debtor

**Supplemental Application for *Pro Hac Vice* Admission**

The undersigned has filed an Application for *Pro Hac Vice* Admission. The undersigned further certifies that:

1. I have a proficient understanding of bankruptcy law and procedure to wit (set forth a brief summary of the applicant's understanding of bankruptcy law and procedure):

<u>I have experience representing secured and unsecured creditors in numerous corporate bankruptcy proceedings.</u>

2. I agree to abide by the District of South Carolina Local Bankruptcy Rules and applicable chambers guidelines.

_____
Peter J. Haley

4889-1585-9934 v.3