UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

Bennettech LLC,

Debtor

Chapter 7
Case No. 24-04164-eg

**Order**

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: <u>Peter J. Haley</u> who represents Bitmain Technologies Georgia Limited,

☒ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.