UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

Bennettech LLC,

                                    Debtor

Chapter 7
Case No. 24-04164-eg

## Order

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Peter J. Haley who represents Bitmain Technologies Georgia Limited,

☒        Be **granted** admission *pro hac vice* in this case.

☐        Be **denied** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**12/30/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 12/30/2024