UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re<br><br>Bennettech LLC,<br><br>Debtor | Chapter 7<br>Case No. 24-04164-eg |

**Order**

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Peter J. Haley who represents Bitmain Technologies Georgia Limited,

☒ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**12/30/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 12/30/2024

4866-9438-6398 v.2

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 24-04164-eg |
| Bennettech LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 30, 2024 | Form ID: pdf01 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bennettech LLC, 2066 Marlboro Way, Bennettsville, SC 29512-8327 |
| cr | + | Bitmain Technologies Georgia Limited, c/o Jody Bedenbaugh, Nelson Mullins Riley & Scarborough LLP, P.O. Box 11070, Columbia, SC 29211-1070 |
| 544457687 | + | American Arbitration Association, 18756 Stone Oak Parkway, Suite 200, San Antonio, TX 78258-4354 |
| 544457688 | + | Bitmain Technologies Georgia Limited, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076-8667 |
| 544457689 | + | Bitmain Technology Georgia Limited, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076-8667 |
| 544457690 | + | City of Bennettsville, 501 E. Main Street, Bennettsville, SC 29512-3257 |
| 544457691 | + | Data Volt SunSystems, LLC, 6650 Rivers Avenue, Suite 100, Charleston, SC 29406-4809 |
| 544457692 | + | Jingrui Yu, 215 E BAY ST STE 201K, Charleston, SC 29401-2635 |
| 544457693 | + | Lixiong Hao, 215 E BAY ST STE 201K, Charleston, SC 29401-2635 |
| 544457694 | + | M. Dawes Cooke, Jr., Esquire, Barnwell Whaley Patterson and Helms, LLC, P.O. Drawer H, Charleston, SC 29402-0197 |
| 544457699 | + | MPD Electric Cooperative, Inc., 1301 E. Pocket Road, Florence, SC 29506-8138 |
| 544457695 | + | Marlboro Electric Cooperative, Inc., 676 Highway 9 E, Bennettsville, SC 29512-7123 |
| 544457696 | + | Matthew G. Lindenbaum, Esquire, Nelson Mullins Riley and Scarborough, LL, 1 Financial Center, Suite 3500, Boston, MA 02111-2641 |
| 544457697 | + | Michael Weaver, Rogers Townsend, 1221 Main Street, 14th Floor, Columbia, SC 29201-6224 |
| 544457698 | + | Minerset Holding, LLC, Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, DE 19904-2751 |
| 544457700 | + | Woodlands Edge, Inc., 5900 Balcones Drive, Suite 100, Austin, TX 78731-4298 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed**

| District/off: 0420-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: pdf01 | Total Noticed: 16 |

below:

| Name | Email Address |
|---|---|
| Jason D Wyman | on behalf of Interested Party Marlboro Electric Cooperative Inc. Jason.wyman@wbd-us.com, scfslit@wbd-us.com |
| Jody A. Bedenbaugh | on behalf of Creditor Bitmain Technologies Georgia Limited jody.bedenbaugh@nelsonmullins.com linnea.hann@nelsonmullins.com;paul.collins@nelsonmullins.com;katura.simons@nelsonmullins.com |
| Kevin Campbell | kcampbell@campbell-law-firm.com kcampbell@ecf.axosfs.com |
| Peter J. Haley | on behalf of Creditor Bitmain Technologies Georgia Limited peter.haley@nelsonmullins.com marie.moss@nelsonmullins.com |
| Richard R. Gleissner | on behalf of Debtor Bennettech LLC rick@gleissnerlaw.com anissa@gleissnerlaw.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 6